UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
SCOTT CAWTHON, :
:
              Plaintiff, :
: 22 Civ. 2895 (JPC)
     -v- :
: ORDER
JINSHENG ZENG, :
:
             Defendant. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Due to a scheduling conflict, the default judgment hearing, currently scheduled for October 21, 2022, at 10:00 a.m. is hereby adjourned to November 10, 2022, at 10:00 a.m.  At the scheduled time, Defendant shall appear and show cause for why an order should not be issued granting a default judgment against Defendant.  That hearing shall take place telephonically.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  In the event that Defendant does not appear, Plaintiff's counsel should be prepared to discuss any communications with Defendant or representatives for Defendant regarding this litigation and any intent to challenge the suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defendant was served with the Summons and Complaint and this Order; why Plaintiff's counsel is confident that Defendant has been served properly with those documents under the Federal Rules of Civil Procedure, the Hague Convention, and Chinese law; why Plaintiff's counsel is confident that Defendant has notice of the hearing; and the method for calculating damages.  In the event that Defendant appears in this case and opposes the motion for default judgment prior to the scheduled court appearance on November 10, 2022, that court appearance shall also serve as an Initial Case Management Conference pursuant to 5.B of the Court's Individual Rules and Practices

in Civil Cases.

    It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order. Within two business days of service, Plaintiff must file proof of such service on the docket.

    SO ORDERED.

Dated: October 3, 2022
      New York, New York

                                           JOHN P. CRONAN
                                        United States District Judge