```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SCOTT CAWTHON,                                                         :
                                                                       :
                                Plaintiff,                             :
                                                                       :         22 Civ. 2895 (JPC)
                -v-                                                    :
                                                                       :             ORDER
JINSHENG ZENG,                                                         :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Because the validity of service via email on a defendant residing in China is currently pending before the Second Circuit on interlocutory appeal, *see* Notice of Interlocutory Appeal, *Smart Study Co. Ltd. v. Acuteye-Us*, No. 21 Civ. 5860 (GHW) (S.D.N.Y. Aug. 18, 2022), ECF. No. 2, Plaintiff should inform the Court by December 9, 2022 of his view as to whether default judgment proceedings in this case should be stayed pending a decision from the Second Circuit in *Smart Study*, *see Allstar Marketing Group, LLC v. akrondh*, No. 21 Civ. 3621 (JPO), 2022 WL 17324939 at *1 (S.D.N.Y. Nov. 29, 2022).

    SO ORDERED.

Dated: December 8, 2022
       New York, New York

                                              JOHN P. CRONAN
                                           United States District Judge