```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SCOTT CAWTHON,                                                         :
                                                                       :
                            Plaintiff,                                 :
                                                                       :       22 Civ. 2895 (JPC)
              -v-                                                      :
                                                                       :              ORDER
JINSHENG ZENG,                                                         :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

At a conference on June 6, 2023, the Court ordered Plaintiff to submit a status letter by June 20, 2023, as to his efforts to verify Defendant's physical address. That deadline has passed, and the docket does not reflect any status letter from Plaintiff. Accordingly, the Court adjourns *sua sponte* Plaintiff's deadline to submit a status letter to June 23, 2023. Failure to comply may result in dismissal for failure to prosecute.

For the reasons discussed at the June 6, 2023 status conference, the stay is lifted, and the Clerk of Court is respectfully directed to un-stay this case.

SO ORDERED.

Dated: June 21, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge