UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SCOTT CAWTHON, :
:
                Plaintiff, :
: 22 Civ. 2895 (JPC)
    -v- :
: ORDER
JINSHENG ZENG, :
:
                Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       In light of the information provided in Plaintiff's August 30, 2023 Motion for Default Judgment, Dkt. 36, the Court respectfully directs the Clerk of Court to enter a Certificate of Default against Defendant in this matter. *See* S.D.N.Y. Local Rule 55.1.

       SO ORDERED.

Dated: October 10, 2023
       New York, New York
                                                     JOHN P. CRONAN
                                                      United States District Judge