```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SCOTT CAWTHON,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :        22 Civ. 2895 (JPC)
                -v-                                                    :
                                                                       :              ORDER
JINSHENG ZENG,                                                         :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

A hearing for Plaintiff's Motion for Default Judgment, Dkt. 36, is scheduled for November 21, 2023, at 10:00 a.m. Dkt. 39. In his Motion, Plaintiff requests, among other forms of relief, reasonable attorney's fees pursuant to 17 U.S.C. § 505. Dkt. 36. In support of his request, Plaintiff has submitted a summary of the attorneys' fees incurred by Plaintiff in the matter through August 29, 2023, with redactions of purportedly privileged information in a number of the billing entries. *See* Dkt. 36-1, Exh. C. Furthermore, in his Affidavit in support of the motion, Plaintiff's counsel asserts that the standard attorney billable rate for the law firm for the attorneys on this matter "was between $310 to $825 per hour, according to the experience level of the billing attorney and the month that the billing took place." Dkt. 36-1 ¶ 29. Finally, he provided a billing rate range (as opposed to a single rate) for certain associates/ paralegals working on the matter (*i.e.*, for Anthony Gunst IV ($310 to $605 per hour), Matthew Florez ($310 to 525 per hour), Steven Procaccini ($335 to $575 per hour), and Kaitlyn Ketterman ($270 to $345 per hour)). *Id.*

So that the Court may assess the reasonableness of the proffered rates and hours, the Court directs Plaintiff to email the Court an unredacted version of Plaintiff's summary of attorney's fees by Monday, November 20, 2023, at 12:00 p.m. In that unredacted version, Plaintiff is further

directed to provide for each individual billing entry, the actual billing rate applied.

In addition, the Court directs Plaintiff to file a letter on the public docket no later than Monday, November 20, 2023, at 12:00 p.m. with the following information: (1) the basis for the billing rate range provided for each of Anthony Gunst IV, Matthew Florez, Steven Procaccini, and Kaitlyn Ketterman and (2) any case law demonstrating that the proffered attorney and paralegal rates are reasonable in this District for comparable matters.

SO ORDERED.

Dated: November 17, 2023
      New York, New York

                                               JOHN P. CRONAN
                                     United States District Judge