UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SCOTT CAWTHON,                                                          :
                                                                        :
                              Plaintiff,                                :
                                                                        :          22 Civ. 2895 (JPC)
         -v-                                                            :
                                                                        :          <u>DEFAULT JUDGMENT</u>
JINSHENG ZENG,                                                          :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This action having been commenced on April 7, 2022, by the filing of the Summons and Complaint; a copy of the Summons and Complaint having been served on the defendant Jinsheng Zeng's email address (goldenzengamz@163.com) on July 8, 2022, by email service agreed to by the defendant on the provided email address goldenzengamz@163.com; the defendant having failed to answer the Complaint; the time for answering the Complaint having expired; and the Court having found at a default judgment hearing on November 30, 2023, that the defendant had notice of the filing of this case and of the default judgment hearing, and that the well-pleaded allegations of the Complaint sufficiently state a cause of action as to Count One of the Complaint, it is:

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $100,000 and reasonable attorney's fees of this action in the amount of $18,134.74, amounting in all to $118,134.74, plus post-judgment interest, as calculated under 28 U.S.C. § 1961.

      SO ORDERED.

Dated: December 14, 2023
       New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge